**John Francis LUKE, Appellant,**

v.

**Kandie Lynn LUKE, Respondent.**

**No. WD 52529.**

Missouri Court of Appeals,
Western District.

Dec. 24, 1996.

Kathy K. Sadoun, Kranitz & Kranitz, St. Joseph, for appellant.

Roger M. Prokes, Strong, Strong & Prokes, Maryville, for respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

### ORDER

PER CURIAM:

Mr. Luke appeals from the circuit court's order denying his motion to cite Ms. Luke, his former wife, for contempt of court. Mr. Luke claims that the trial court abused its discretion in denying his motion for contempt because Ms. Luke violated the provisions of the dissolution decree concerning the sale of the marital residence.

The judgment is affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Jackie WOODSON, Appellant.**

**No. WD 52498.**

Missouri Court of Appeals,
Western District.

Dec. 24, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

The appellant was jury-convicted of second degree assault and endangering the welfare of her child. She received seven and five-year sentences to be served consecutively. She raises these points: court erred in 1) admitting the testimony of a social worker; and 2) admitting photographs depicting the child's burns. Affirmed. Rule 30.25(b).